UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
CERTAIN UNDERWRITING MEMBERS AT LLOYD'S,
LONDON SUBSCRIBING TO TREATY NO. 0272/04,

                Petitioner,

-v.-

INSURANCE COMPANY OF THE AMERICAS,

                Respondent.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Index No. 1:16-cv-00374-VSB

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Insurance Company of the Americas ("ICA"), a private, non-governmental entity, certifies that ICA is owned by First Florida Equity Holdings, Inc., which is a privately held corporation. None of ICA's parents, affiliates and/or subsidiaries are publicly-held corporations.

Dated:   New York, New York
            February 8, 2016

                             LOREE & LOREE

By: _____
       Philip J. Loree Jr. (PL-2213)
       830 Third Avenue
       Fifth Floor
       New York, New York 10022
       (646) 253-0560
       (516) 627-1720 (alternative phone no.)
       (516) 941-6094 (mobile)
       Fax: +1 (800) 627-3118
       PJL1@LoreeLawFirm.com

       ATTORNEYS FOR
       RESPONDENT INSURANCE
       COMPANY OF THE AMERICAS

To (Via ECF):

Joseph Nicholas Froehlich
Locke Lord LLP
200 Vesey Street
New York, NY 10281
(212) 415-8600
Email: jfroehlich@lockelord.com

ATTORNEYS FOR PETITIONER
CERTAIN UNDERWRITERS AT
LLOYD'S, LONDON SUBSCRIBING TO
TREATY NO. 0272/04