```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2016
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
CERTAIN UNDERWRITING MEMBERS                                :
AT LLOYD's OF LONDON,                                       :
                                                            :
                            Petitioners,                    :    16-CV-323 (VSB)
            -v-                                             :
                                                            :
INSURANCE COMPANY OF THE                                    :
AMERICAS,                                                   :
                                                            :
                            Respondent.                     :
                                                            :
------------------------------------------------------------X
                                                            :
CERTAIN UNDERWRITING MEMBERS AT                             :
LLOYD'S, LONDON SUBSCRIBING TO                              :
TREATY NO. 0272/04,                                         :
                                                            :
                            Petitioners,                    :    16-CV-374 (VSB)
                                                            :
            -v-                                             :
                                                            :
INSURANCE COMPANY OF THE                                    :
AMERICAS,                                                   :
                                                            :
                            Respondent.                     :
                                                            :
------------------------------------------------------------X

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of Respondent's letter (Doc. 18), which indicates that counsel for all parties in these two matters have consented to their consolidation pursuant to Rule 42(a) of the Federal Rules of Civil Procedure.  I am treating Respondent's letter as a motion to consolidate these matters pursuant to Rule 42(a).  I agree with the parties that these matters involve common questions of law and fact such that consolidation is in the interests of efficiency and judicial economy.  Respondent's motion to consolidate the above-captioned actions is GRANTED.

Accordingly, it is hereby:

ORDERED that *Certain Underwriting Members at Lloyd's*, case No. 16-CV-374, is consolidated with and into *Certain Underwriting Members at Lloyd's of London*, case No. 16-CV-323;

IT IS FURTHER ORDERED that all future motions and other filings shall use the number of the first-filed case, Case No. 16-CV-323, and the caption listed in this Order;

IT IS FURTHER ORDERED that Respondent's motion for an extension of time to file their response until February 26, 2016 in 16-CV-323 is GRANTED; and

IT IS FURTHER ORDERED that the parties file a joint letter by March 3, 2016 proposing a new briefing schedule in light of the consolidation of the cases.

The Clerk of the Court is respectfully directed to terminate Respondent's motion, (Doc. 18), and to consolidate cases No. 16-CV-323 and No. 16-CV-374.

SO ORDERED.

Dated: February 25, 2016
       New York, New York

_Vernon Broderick_
Vernon S. Broderick
United States District Judge