UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------X
                               :

CERTAIN UNDERWRITING MEMBERS  :
AT LLOYD'S OF LONDON,           :
                               :

               Petitioners,    :           16-CV-323 (VSB)
                               :

          v.                 :

INSURANCE COMPANY OF THE     :
AMERICAS,                 :
                               :

            Respondent    :

-------------------------------------------------------X
                               :

CERTAIN UNDERWRITING MEMBERS AT :
LLOYD'S, LONDON SUBSCRIBING TO  :
TREATY NO. 0272/04,          :
                               :

               Petitioners    :           16-CV-374 (VSB)
                               :

          v.                 :

INSURANCE COMPANY OF THE     :
AMERICAS,                 :
                               :

            Respondent    :

-------------------------------------------------------X

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, CERTAIN UNDERWRITING MEMBERS AT LLOYD'S, LONDON SUBSCRIBING TO TREATY NO. 0272/04 (a non-governmental party) certifies that they have the following parent corporations and publicly-held corporations that own 10% or more of their stock:

1. Faraday Syndicate 435 receives 100% of its capital from Faraday Capital Limited. Faraday Capital Limited is a direct wholly-owned subsidiary of Faraday Holdings Limited (FHL) which, in turn, is owned 100% by General Re Corporation (GRN).  GRN is the holding company of General Reinsurance Corporation.  GRN is wholly owned by Berkshire Hathaway, Inc.   FHL is also the direct 100% parent of Faraday Underwriting Limited, the managing agent of Faraday Syndicate 435.

2.  Enstar Group Ltd. owns 10% or more of Atrium Underwriting Group, Ltd.

3.  Hanover Insurance Group owns 10% or more of Chaucer Syndicates Limited.

4.  Certain Underwriters at Lloyd's comprising Lloyd's syndicate 2001 severally subscribe to Treaty No. 0272/04, and the underwriting members of Lloyd's Syndicate 2001 for the 2004 year of account are Amlin Corporate Member Limited, AUT (No. 2) Limited, AUT (No. 6) Limited, AUT (No. 7) Limited, AUT (No. 8) Limited, and Delian Beta Limited, organized under the laws of England and Wales, which are wholly-owned by MS Amlin plc, a company organized under the laws of England and Wales, which is in turn wholly owned by Mitsui Sumitomo Insurance Co. Ltd. of Japan, a company organized under the laws of Japan, and ultimately wholly-owned by MS&AD Insurance Group Holdings, Inc., a company organized under the laws of Japan and listed on the Tokyo and Nagoya stock exchanges.

5.  Lloyd's Syndicate No. 2003 is ultimately wholly-owned by XL Group plc, a company listed on the NY Stock Exchange and registered in Ireland.  No entity owns 10% or more of XL Group plc's stock.

6.  NKSJ Holdings through Sompo Japan Insurance owns 10% or more of Canopius Group.

7.  Fairfax Financial Holdings owns 10% or more of Brit Insurance.

LOCKE LORD LLP

s/ *Joseph N. Froehlich*
Joseph N. Froehlich (JF 5221)
LOCKE LORD LLP
200 Vesey Street, 20th Floor
New York, NY  10281-2101
(212) 415-8600
*Attorneys for Petitioners*
*Certain Underwriting Members at Lloyd's, London*
*Subscribing to Treaty No. 0272/04*

Dated: March 18, 2016

*To (Via ECF):*
Philip J. Loree Jr. (PL-2213)
830 Third Avenue
Fifth Floor
New York, New York 10022
(646) 253-0560
PJL1@LoreeLawFirm.com
ATTORNEYS FOR RESPONDENT
INSURANCE COMPANY OF THE AMERICAS

AM 57470780.1