USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/31/17

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
CERTAIN UNDERWRITING MEMBERS
AT LLOYD'S OF LONDON,

                Petitioner,

  -v-

INSURANCE COMPANY OF THE
AMERICAS,

                Respondent.
----------------------------------------------------------X
CERTAIN UNDERWRITING MEMBERS AT
LLOYD'S, LONDON SUBSCRIBING TO
TREATY NO. 0272/04,

                Petitioner,

  -v-

INSURANCE COMPANY OF THE
AMERICAS,

                Respondent.
----------------------------------------------------------X

16 **CIVIL** 323 (VSB)
**JUDGMENT**

16 **CIVIL** 374 (VSB)

Petitioner Certain Underwriting Members at Lloyd's of London ("Underwriters I") having filed a motion to vacate the arbitration award, and Petitioner Certain Underwriting Members of Lloyds, London Subscribing to Treaty No. 0272/04 ("Underwriters II") having filed a motion to vacate or modify the arbitration award, and Respondent Insurance Company of the Americas ("ICA") having filed a cross-motion to confirm the arbitration award, and the joint motion of the parties for oral argument on the pending motions, and the matter having come before the Honorable Vernon S. Broderick, United States District Judge, and the Court, having rendered its Memorandum & Order, on March 31, 2017, stating that Arbitrator Campos's failure to disclose his significant relationships with principals of ICA, and with ICA itself, requires vacatur of the arbitration award; and granting Underwriters I's motion to vacate the arbitration award, (16-cv-323, Doc. 6), and denying ICA's cross-motion to confirm the arbitration award

against Underwriters I, (16-cv-323, Doc. 21). Moreover, because - in addition to its arguments for modifying the award - Underwriters II also joined in Underwriters I's arguments in support of vacatur, Underwriters II's motion to vacate the arbitration award, (16-cv-374, Doc. 5), is granted, and denying ICA's cross-motion to confirm the arbitration award against Underwriters II, (16-cv-374, Doc. 21). To the extent Underwriters II sought to modify the arbitration award, the Court is denying its motion, (16-cv-374, Doc. 5), as moot. Finally, the Court is denying the pending motion for oral argument, (Doc. 46); and directing the Clerk of Court to close this case, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum & Order dated March 31, 2017, Arbitrator Campos's failure to disclose his significant relationships with principals of ICA, and with ICA itself, requires vacatur of the arbitration award. Underwriters I's motion to vacate the arbitration award, is granted, and ICA's cross-motion to confirm the arbitration award against Underwriters I, is denied. Moreover, because - in addition to its arguments for modifying the award - Underwriters II also joined in Underwriters I's arguments in support of vacatur, Underwriters II's motion to vacate the arbitration award, is granted, and ICA's cross-motion to confirm the arbitration award against Underwriters II, is denied. To the extent Underwriters II sought to modify the arbitration award, its motion, is denied as moot. Finally, the pending motion for oral argument is denied; accordingly, the case is closed.

**Dated:** New York, New York
March 31, 2017

RUBY J. KRAJICK
_____
Clerk of Court

BY: _K. Mango_____
Deputy Clerk